UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>              Plaintiff,<br><br>      v.<br><br>57 WEST 10TH LLC,<br><br>              Defendant. | 24 Civ. 1046 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On July 3, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for July 17, 2024.  *See* ECF. No. 23.  No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan will issue separately.

SO ORDERED.

Dated: July 8, 2024
       New York, New York

                                                      DALE E. HO
                                       United States District Judge